Shannon Liss-Riordan (SBN 310719)
   sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:   (617) 994-5801

Attorney for Plaintiff ADRIANA ORTEGA,
on behalf of herself and all others similarly situated

Peter E. Garrell, Esq. (SBN 155177)
   pgarrell@fortislaw.com
John M. Kennedy, Esq. (SBN 156009)
   jkennedy@fortislaw.com
FORTIS LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
Tel:  (714) 839-3800
Fax:  (714) 795-2995

Attorneys for Defendants
THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and MIDNIGHT SUN ENTERPRISES, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ADRIANA ORTEGA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>       vs.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and MIDNIGHT SUN ENTERPRISES, LLC,<br><br>                    Defendants. | Case No. 5:17-cv-00206 JGB (KKx)<br><br>[Assigned for All Purposes to The Honorable Jesus G. Bernal]<br><br>**JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date Action Filed: February 3, 2017<br>Trial Date:  NONE |

Plaintiff Adriana Ortega and Opt-In Plaintiffs Roberta Friedman, Adriana Avelar and Sheyenne McCrea ("Plaintiffs"), and Defendants Spearmint Rhino Companies Worldwide, Inc., Spearmint Rhino Consulting Worldwide, Inc., and Midnight Sun Enterprises, LLC, ("Defendants") (Plaintiff and Defendants collectively referred to as "the Parties") attended a non-binding mediation in Boston, Massachusetts on May 22, 2019 with experienced mediator D. Charles Stohler.

The Parties are pleased to report that as a result of this mediation, they executed a term sheet and have reached a class action settlement agreement in principle that would fully resolve this matter. The Parties are in the process of drafting final settlement documents and preparing approval papers to submit to the Court. The Parties will endeavor to submit preliminary approval documents on or before June 24, 2019.

Though the Court had previously ordered that the Parties submit a proposed protective order related to dissemination of FLSA notice, they request that this deadline be stayed pending the settlement approval process.

Dated: May 23, 2019         LICHTEN & LISS-RIORDAN, P.C.


By:  /s/ *Shannon Liss-Riordan*
     Shannon Liss-Riordan
     Attorneys for Plaintiff
     ADRIANA ORTEGA


I attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: May 23, 2019         FORTIS LLP


By: */s/ Peter E. Garrell*
Peter E. Garrell

Attorneys for Defendants The Spearmint Rhino Companies Worldwide, Inc., Spearmint Rhino Consulting Worldwide, Inc. and Midnight Sun Enterprises, LLC